# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lamont Garner Karriem,<br><br>　　　　Plaintiff<br><br>v.<br><br>Cellco Partnership Inc., d/b/a Verizon Wireless, Inc.,<br><br>　　　　Defendant | Case No.: 2:20-cv-00884-JAD-VCF<br><br>**Order Overruling Objections to Magistrate Judge's Order and Referring Case to Magistrate Judge for Screening**<br><br>[ECF No. 6] |

　　　Pro se plaintiff Lamont Garner Karriem sues Cellco Partnership, Inc. for allegedly sharing his private data with law enforcement, which led to his arrest in 2018.[1] Magistrate Judge Cam Ferenbach reviewed Karriem's complaint and dismissed it without prejudice pending the outcome of any state-court criminal proceeding about the matter.[2] Karriem now objects to the magistrate judge's finding, arguing that because there is no pending proceeding, *Younger v. Harris* does not bar his lawsuit.[3] Because Karriem filed an amended complaint that addresses the magistrate judge's concerns, I overrule his objections as moot and refer this case back to the magistrate judge to screen the amended complaint.

　　　When a party objects to a magistrate judge's recommendations on a dispositive issue, the district court must review the challenged findings and recommendations de novo.[4] Upon review,

---

[1] ECF No. 5 (complaint).
[2] ECF No. 4.
[3] ECF No. 6 (objection).
[4] 28 U.S.C. § 636(b)(1)(C).

"the district judge may affirm, reverse, or modify, in whole or in part" the report and recommendations or may "recommit the matter to the magistrate judge with instructions."[5]

When Judge Ferenbach dismissed Karriem's complaint earlier this year, he did so because it appeared that a state-court proceeding was pending, so any related action was barred by *Younger v. Harris*.[6] Karriem was given leave to amend his complaint after the state-court proceeding was complete, at which point the court would screen his complaint again.[7] Karriem now objects to the application of *Younger* to this matter because he maintains that there is no pending state-court case against him.[8] In the time since Karriem filed his objection, he also filed an amended complaint, addressing the magistrate judge's concerns.[9] His amended complaint states that "there is no pending state criminal prosecution nor was there ever."[10] So because Karriem's amended complaint resolves these concerns, I overrule his objections as moot and I refer this matter back to the magistrate judge to screen Karriem's amended complaint.

IT IS THEREFORE ORDERED that Karriem's objection to the magistrate judge's order **[ECF No. 6] is OVERRULED as moot**. This case is **REFERRED** to the magistrate judge to screen Karriem's amended complaint.

_____
U.S. District Judge Jennifer A. Dorsey
October 20, 2020

---

[5] *Id.* § 636(b)(1); L.R. IB 3-2(b).
[6] ECF No. 4 at 3.
[7] *Id.*
[8] ECF No. 6 at 5.
[9] *See* ECF Nos. 6, 11 (amended complaint).
[10] ECF No. 11 at 2.