|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| Lamont Garner Karriem,<br><br>  Plaintiff<br><br>v.<br><br>Cellco Partnership Inc., et al.,<br><br>  Defendants | Lead Case No.<br>2:20-cv-00884-JAD-VCF<br><br>Member Case No.<br>2:20-cv-01915-JAD-VCF<br><br>**Order Referring Case to Magistrate Judge for Screening**<br><br>[ECF No. 3] |

Pro se plaintiff Lamont Garner Karriem sues numerous parties for an arrest allegedly caused by many companies unlawfully divulging his information to law enforcement. Karriem initiated three lawsuits against the various defendants, all of which were consolidated into this case.[1] In one of those suits, Magistrate Judge Elayna Youchah recommends that I dismiss Karriem's 85-page complaint with leave to amend his complaint in 30 pages or less.[2] Karriem objects to that recommendation, arguing that it's impossible for him to distill his claims down,[3] and he offers an 83-page amended complaint for the court's review instead.[4] In his other two suits, Karriem's amended complaints await screening by the magistrate judge.

To streamline the process of screening all Karriem's complaints in this now-consolidated matter, I reject Magistrate Judge Youchah's recommendation to dismiss Karriem's claims and refer his amended complaint in *Karriem v. County of Clark, Nevada, et al.*, 2:20-cv-01915-JAD-

---

[1] *See* ECF No. 15 (order consolidating cases).

[2] *Karriem v. Cnty. of Clark, Nev., et al.*, 2:20-cv-01915-JAD-VCF, ECF No. 3 at 2–3.

[3] *Karriem*, 2:20-cv-01915-JAD-VCF, ECF No. 4.

[4] *Karriem*, 2:20-cv-01915-JAD-VCF, ECF No. 6.

VCF to the magistrate judge for screening alongside his other outstanding complaints. And because I reject Judge Youchah's report and recommendation in the interests of justice, I overrule as moot Karriem's objection to that recommendation. If, in screening the three complaints, the magistrate judge determines that any of Karriem's claims should proceed or wishes to place reasonable limits on his amended pleadings, Karriem may be required to amend his complaint to include only the surviving claims in a single, page-limited complaint.

IT IS THEREFORE ORDERED that the **magistrate judge's report and recommendation [ECF No. 3] in** *Karriem v. County of Clark, Nevada*, **2:20-cv-01915-JAD-VCF** is **REJECTED** and Karriem's objections are **overruled as moot**.

This case is **REFERRED** to the magistrate judge to screen Karriem's three amended complaints:

| Case Name | Case Number | Docket Number |
|---|---|---|
| *Karriem v. County of Clark, Nevada, et al.* | 2:20-cv-01915-JAD-VCF | ECF No. 6 |
| *Karriem v. Cellco Partnership Inc., et al.* | 2:20-cv-00884-JAD-VCF | ECF No. 11 |
| *Karriem v. Extended Stay America Inc., et al.* | 2:20-cv-00942-JAD-VCF | ECF No. 10 |

_____
U.S. District Judge Jennifer A. Dorsey
June 28, 2021